FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 24 2013 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Cynthia Payne and Gregory R. Williams,

                            Plaintiffs,

        -against-

Golden First Mortgage Corp., et al.

                          Defendants.
------------------------------------------------------------X

NOT FOR PUBLICATION
**MEMORANDUM & ORDER**
12-cv-2673 (CBA) (MDG)

**AMON, Chief United States District Judge.**

On July 1, 2013, the Honorable Marilyn D. Go issued a Report and Recommendation (R&R) recommending that this Court dismiss the instant action with prejudice for failure to prosecute and comply with Court orders. The parties were given until July 18, 2013 to file objections to the R&R. No objections have been filed to date. Reviewing the R&R for clear error, the Court hereby adopts Magistrate Go's R&R as the opinion of the Court. The Clerk of Court is directed to enter judgment in accordance with this order and close this case.

SO ORDERED.

Dated: July 23, 2013
         Brooklyn, N.Y.

                                                  s/Carol Bagley Amon
                                                  Carol Bagley Amon
                                                  Chief United States District Judge